

ATTORNEYS AT LAW

January 25, 2024

Hon. Andre M. Espinosa
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Bldg & Courthouse
50 Walnut Street
Newark, NJ 07102

> Re: United States v. tamer Zakhary
> <u>Mag. No. 23 - 11230</u>

Dear Judge Espinosa:

On January 8, 2024, I filed a Notice of Motion and accompanying memorandum of law seeking the return of property pursuant to Fed. R. Crim. P. 41(g), in the above-referenced matter. I checked with the Clerk's Office yesterday and was informed that the mater was assigned to Your Court.

I do not believe that a scheduling Order relative to the motion has been set and I would respectfully request that the Court either a set down a date for a conference or issue an Order setting forth the dates for the government's answer and my reply as well as a date for argument on the motion if Your Honor believes argument is necessary.

Respectfully submitted,

Charles B. McKenna

cc: Matthew Beck, Esq.
Christopher Amore, AUSA