

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*Christopher D. Amore*                 *970 Broad Street, 7th floor*                 *973-645-2700*
*Assistant United States Attorney*         *Newark, New Jersey 07102*             *Fax: 973-645-2702*

January 29, 2024

<u>**Via ECF**</u>
Honorable André M. Espinosa
United States Magistrate Judge
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:  United States v. Tamer Zakhary
>      <u>Mag. No. 23-11230 (AME)</u>

Dear Judge Espinosa:

The Government respectfully submits this letter in lieu of a more formal motion to request that the Court stay the Defendant's Motion for Return of Property (the "Motion") (ECF No. 10) until February 16, 2024, to allow the Government additional time to return the items requested by the Defendant.  The undersigned, on behalf of the Government, has conferred with defense counsel, who consents to this request.

Without waiving any arguments in opposition to the Motion, the Government represents that the digital evidence referenced in the Motion (*i.e.* thumb drives, hard drives) is ready to be returned to the Defendant and the Government is coordinating with defense counsel as to how to return that property.  The paper material referenced in the Motion is still being processed for scanning.  That process is expected to be completed by February 16, 2024,

-1-

at which time the Government will arrange to provide defense counsel with scanned copies of the paper materials.

For these reasons, the Government respectfully requests that the Court stay the Motion so that the Government can continue taking action that may render the Motion moot.   The Government thanks the Court for its consideration of this matter.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney


 s/ Christopher D. Amore
By:    CHRISTOPHER D. AMORE
Assistant U.S. Attorney


cc:    Charles B. McKenna, Esq. (via Email and ECF)
Matthew E. Beck, Esq. (via Email and ECF)

-2-