

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

| | | |
|---|---|---|
| *Christopher D. Amore*<br>*Assistant United States Attorney* | *970 Broad Street, 7th floor*<br>*Newark, New Jersey 07102* | *973-645-2700*<br>*Fax: 973-645-2702* |

February 23, 2024

**<u>Via ECF</u>**
Honorable André M. Espinosa
United States Magistrate Judge
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:    United States v. Tamer Zakhary
<u>Mag. No. 23-11230 (AME)</u>

Dear Judge Espinosa:

The Government submits this status letter in response to the Court's January 30, 2024 Text Order.   Without waiving any arguments in opposition to the Defendant's Motion for Return of Property (the "Motion") (ECF No. 10), the Government represents that the digital evidence referenced in the Motion (*i.e.* thumb drives, hard drives) were returned to defense counsel on February 6, 2024.   Processing and scanning of the paper material referenced in the Motion is complete.   A digital copy of the paper material will be returned to defense counsel on February 26, 2024.

After return of the paper material, the Government will confer with defense counsel as to whether all issues in the Motion have been resolved.   If all issues have been resolved, the parties will submit a joint proposed order dismissing the Motion as moot.

The Government thanks the Court for consideration of this matter.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

*s/ Christopher D. Amore*

By:   CHRISTOPHER D. AMORE
Assistant U.S. Attorney

cc:   Charles B. McKenna, Esq. (via Email and ECF)
Matthew E. Beck, Esq. (via Email and ECF)