

May 22, 2024

Hon. Andre M. Espinosa
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Bldg & Courthouse
50 Walnut Street
Newark, NJ  07102

Re:  United States v. Tamer Zakhary<br>Mag. No.  23 - 11230

Dear Judge Espinosa:

On January 8, 2024, I filed a Notice of Motion and accompanying memorandum of law seeking the return of property pursuant to Fed. R. Crim. P. 41(g), in the above-referenced matter.  The government has since complied with our request so there is no longer any need for Court intervention in this matter.  Consequently, Mr. Zachary withdraws his motion at this time.

Respectfully submitted,

Charles B. McKenna

cc:  Matthew Beck, Esq.
     Christopher Amore, AUSA