UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| v. | : | Mag. No. 23-11230 |
| TAMER ZAKHARY | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint, Mag. No. 23-11230, against defendant TAMER ZAKHARY, which Complaint was filed on December 28, 2023, charging the defendant with three counts of wire fraud, in violation of Title 18, United States Code, Section 1343, and one count of false statements, in violation of Title 18, United States Code, Section 1001, because further prosecution of these charges is not in the interests of the United States at this time.

This dismissal is without prejudice.

PHILIP R. SELLINGER
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. ANDRÉ M. ESPINOSA
United States Magistrate Judge

Dated: _____, 2024